LORI R. MAYFIELD, #172074
MEGAN M. HAGER, #203882
**MYERS & MAYFIELD**
A PROFESSIONAL CORPORATION
Attorneys at Law
1130 E. SHAW AVE., SUITE 200
FRESNO, CALIFORNIA 93710
TELEPHONE (559) 222-1005'
FACSIMILE (559) 22-0702

Attorneys for Defendants, CITY OF COALINGA, CHIEF PATRICIA MEDINA, OFFICER MICHAEL TINGLEY, CPL. CHRIS SIMMONS

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN OXBORROW, | CASE NO. 1:07-CV-00237-OWW-SMS |
| Plaintiff, | ORDER GRANTING SUMMARY JUDGMENT |
| vs. | |
| CITY OF COALINGA, CHIEF PATRICIA MEDINA, OFFICER MICHAEL TINGLEY, CPL. CHRIS SIMMONS, and DOES 1 through 10, inclusive, | |
| Defendants. | (FILING FEE EXEMPT Gov. Code §26857) |

The motion for Defendants, CITY OF COALINGA, CHIEF PATRICIA MEDINA, OFFICER MICHAEL TINGLEY, CPL. CHRIS SIMMONS for summary judgment came on regularly for hearing before this Court on May 5, 2008 and Lori Mayfield appeared as attorney for Defendants, CITY OF COALINGA, CHIEF PATRICIA MEDINA, OFFICER MICHAEL TINGLEY, CPL. CHRIS SIMMONS. Bruce Nickerson and Eric Schweitzer appeared as attorneys for Plaintiff, DUSTIN OXBORROW.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT:

///

1. Defendants' motion for summary judgment, as to claims brought against Defendants Simons and Medina, is GRANTED.

2. Defendant Tingley's motion for summary judgment on Plaintiff's §1983 Fourth Amendment claim is GRANTED on qualified immunity grounds.

3. Defendants' motion for summary adjudication on Plaintiff's §1983 Monell policy and custom claim against the city of Coalinga is GRANTED. Judgment shall be entered against Plaintiff in favor of the city of Coalinga.

4. Defendants' motion for summary adjudication on Plaintiff's §1983 Equal Protection under the Fourteenth Amendment claim is GRANTED.

**Approved as to Form & Content:**

DATED: 6/3/08     By:  /s/Eric H. Schweitzer
                       Attorneys for Plaintiff, Dustin Oxborrow

IT IS SO ORDERED.

**Dated:  June 5, 2008**          /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE