LORI R. MAYFIELD, #172074
MEGAN M. HAGER, #203882
**MYERS & MAYFIELD**
A PROFESSIONAL CORPORATION
Attorneys at Law
1130 E. SHAW AVE., SUITE 200
FRESNO, CALIFORNIA 93710
TELEPHONE (559) 222-1005'
FACSIMILE (559) 22-0702

Attorneys for Defendants, CITY OF COALINGA, CHIEF PATRICIA MEDINA, OFFICER MICHAEL TINGLEY, CPL. CHRIS SIMMONS

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN OXBORROW,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF COALINGA, CHIEF PATRICIA MEDINA, OFFICER MICHAEL TINGLEY, CPL. CHRIS SIMMONS, and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 1:07-CV-00237-OWW-SMS<br><br>**JUDGMENT**<br><br>(FILING FEE EXEMPT<br>Gov. Code §26857) |

This action came on for hearing before the Court, on May 5, 2008 Hon. Oliver W. Wanger, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits and that defendants CITY OF COALINGA, CHIEF PATRICIA MEDINA, OFFICER MICHAEL TINGLY and CPL. CHRIS SIMMONS recover their costs, in the amount of $ 3,601.83.

DATED: 11/07/2008

_____/s/ OLIVER W. WANGER
Oliver W. Wanger, United States District Judge

1                                                                                    JUDGMENT